915 F.2d 1559
 Boatright (James), Russell (Marvin), Smith (Frank), Barley
(Robert), Guzman (Jesse), Mohammed (Hamzah A.H.),
Best (Rodney), Brock (James)
v.
Hilton (Gary J.), Beyer (Howard L.), Jackson (Henry), Smith
(Carroll, Jr.), Bleistein (Barry), Johnson (Ronald D.),
Aaron (Willie), Belton (Ira), Blackburn (Cleveland), Bogetti
(Officer), Bulzak (Officer), Butto (Erik), Chrzan (Joseph),
Dragish (Glenn), Hatrak (Officer), Howarth (Glenn), Knight
(Officer), Leonard (Richard),
 NO. 90-5347
 United States Court of Appeals,
Third Circuit.
 SEP 26, 1990
 
 Appeal From: D.N.J.,
 Lifland, J.
 
 
 1
 AFFIRMED.